Case No.: 5:24-cv-694

**<u>EXHIBIT 1</u>:** PHOTOGRAPH

