**EXHIBIT 2:** INFRINGEMENT

URL: htttps://www.facebook.com/photo/?fbid=6387823994574920&set=pcb.6387827821241204

